UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAURA KRISTEN BOYD MEADOR, § § § | |
| *Plaintiff,* § § | Civil Action No. 3:24-CV-1389-X-BK |
| v. § § | |
| MARK PITTMAN, § § | |
| *Defendant.* | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 7). Magistrate Judge Renee Toliver recommends dismissing this action with prejudice as frivolous. Plaintiff filed an "interlocutory appeal" to the Fifth Circuit Court of Appeals, which this Court will consider to be an objection. (Doc. 8). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. This action is DISMISSED WITH PREJUDICE as frivolous.

1

**IT IS SO ORDERED** this 16th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE